# United States District Court
# Eastern District of Wisconsin

## PDF FILE WITH AUDIO FILE ATTACHMENT

2:21–cr–00223

USA v. Cobian

| | | |
|---|---|---|
| Office : | 2 | Milwaukee |
| Case Type : | cr | |
| Case Number : | 2:21–cr–00223 | |
| Case Title : | USA v. Cobian | |
| Session Date/Time : | 4/11/24 at 2:30 p.m. | |
| Audio File Name : | Cobian.mp3 | |
| Audio File Size : | 18.2 MB | |
| Audio Run Time : | 00:18:56 | |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Paper Clip icon or View > Show/Hide > Navigation Panes > Attachments. Select the Audio File and click Open.
**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by the reporter or other individual designated to produce the record."